UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 22-00309-DOC-JDE            Date: June 15, 2022

Title: AXONICS, INC. V. MEDTRONIC, INC. ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED; AND CONTINUING HEARING ON THE MOTION TO DISMISS [38, 42]

    The Courts **ORDERS** the parties to show cause why the case should not be stayed until the resolution of *Medtronic, Inc. et al v. Axonics Modulation Technologies, Inc.*, 8:19-cv-2115. The parties should submit 5 pages of briefing each by June 24, 2022 explaining why this case should or should not be stayed. The Court **CONTINUES** the hearing on the Motion to Dismiss (Dkt. 38) from June 21, 2022 (Dkt. 42) to July 11, 2022 at 9:00 AM.

Initials of Deputy Clerk: kdu