Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

Azra Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
Alton L. Hare (admitted *Pro Hac Vice*)
alton.hare@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone:  (703) 940-5031
Facsimile:   (650) 802-6001

*Attorneys for Plaintiff* AXONICS, INC.

Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (pro hac vice)
GLombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (pro hac vice)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND
MEDTRONIC USA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AXONICS, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC.; MEDTRONIC USA, INC.,<br><br>　　Defendants. | Case No. 8:22-cv-309-DOC-JDE<br><br>**FIRST JOINT STATUS REPORT** |

1   Pursuant to the July 7, 2022, Order Staying Proceedings Sua Sponte (Dkt. No. 65), Plaintiff Axonics, Inc. ("Axonics") And Defendants Medtronic, Inc. and Medtronic USA, Inc. ("Medtronic"), by and through their undersigned counsel, hereby jointly submit this Joint Status Report.

On July 7, 2022, this Court stayed this action sua sponte based on the co-pending patent litigation *Medtronic, Inc. v. Axonics Modulation Technology, Inc.*, Case No. 8:19-cv-02115-DOC-JDE (C.D. Cal.) (the "2115 Case"). *See* Dkt. No. 65. At that time, the Court ordered the parties to "file a status report every 90 days from the issuance of this Order and within 14 days of the final adjudication of the pending patent action." *Id.*

The parties state that on September 12, 2022, this Court issued the Amended Order Adopting Trial Schedule in the 2115 Case. *See* 2115 Case, Dkt. No. 162 ("September 12 Order"). In accordance with the September 12 Order, in the 2115 Case, the close of fact discovery is set for October 10, 2022, the close of all discovery is set for January 11, 2023, the Motion Cut-off Date and the hearing on Motions for Summary Judgment and *Daubert* Motions is scheduled for March 6, 2023, the Final Pre-Trial Conference is scheduled for March 28, 2023, and the jury trial is scheduled for April 11, 2023. *Id.*

Dated: October 5, 2022        Respectfully submitted,

 /s/Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com

Azra Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
Alton L. Hare (admitted *Pro Hac Vice*)
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone:   (703) 940-5031
Facsimile:    (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
alton.hare@tensegritylawgroup.com

*Attorneys for Plaintiff* AXONICS, INC.


 /s/Diana H. Leiden
Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (*pro hac vice*)
GLombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (*pro hac vice*)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND MEDTRONIC USA, INC.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Diana H. Leiden, counsel of record for Defendants.

/s/Matthew D. Powers
Matthew D. Powers