Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:   (650) 802-6001

Azra Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone:   (703) 940-5031
Facsimile:   (650) 802-6001

*Attorneys for Plaintiff* AXONICS, INC.

Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (pro hac vice)
GLombardi@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (pro hac vice)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND
MEDTRONIC USA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| AXONICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC.; MEDTRONIC USA, INC.,<br><br>    Defendants. | Case No. 8:22-cv-309-DOC-JDE<br><br>**FOURTH JOINT STATUS REPORT** |

1  Pursuant to the July 7, 2022, Order Staying Proceedings Sua Sponte (Dkt. No.

2  65), Plaintiff Axonics, Inc. ("Axonics") And Defendants Medtronic, Inc. and Medtronic

3  USA, Inc. ("Medtronic"), by and through their undersigned counsel, hereby jointly

4  submit this Joint Status Report.

5  On July 7, 2022, this Court stayed this action sua sponte based on the co-pending

6  patent litigation *Medtronic, Inc. v. Axonics Modulation Technology, Inc.*, Case No. 8:19-

7  cv-02115-DOC-JDE (C.D. Cal.) (the "2115 Case"). *See* Dkt. No. 65. At that time, the

8  Court ordered the parties to "file a status report every 90 days from the issuance of this

9  Order and within 14 days of the final adjudication of the pending patent action." *Id.*

10  On October 5, 2022, January 3, 2023, and April 3, 2023 the parties filed the first,

11  second, and third Joint Status Reports, respectively, in accordance with the Order.

12  In the 2115 Case, fact discovery closed October 10, 2022, and all discovery closed

13  January 11, 2023. The Court entered a new Order Adopting Trial Schedule on April 21,

14  2023. *See* 2115 Case, Dkt. No. 276. In accordance with the April 21 Order, in the 2115

15  Case, the hearing on the parties' summary judgment and *Daubert* motions is scheduled

16  for July 18, 2023, the Final Pretrial Conference is scheduled for August 1, 2023, and the

17  jury trial is scheduled for August 15, 2023.

18

19

20  Dated: July 3, 2023                    Respectfully submitted,

21

22                                         */s/ Matthew D. Powers*

23                                         Matthew D. Powers (Bar No. 104795)
                                           William P. Nelson (Bar No. 196091)

24                                         TENSEGRITY LAW GROUP, LLP
                                           555 Twin Dolphin Drive, Suite 650

25                                         Redwood Shores, CA 94065
                                           Telephone:  (650) 802-6000

26                                         Facsimile:   (650) 802-6001
                                           matthew.powers@tensegritylawgroup.com

27                                         william.nelson@tensegritylawgroup.com

28                                         Azra Hadzimehmedovic (Bar No. 239088)
                                           Aaron M. Nathan (Bar No. 251316)

Samantha A. Jameson (Bar No. 296411)
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260,
McLean, VA 22102
Telephone:  (703) 940-5031
Facsimile:   (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com

*Attorneys for Plaintiff* AXONICS, INC.


 */s/ Diana H. Leiden*
Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (*pro hac vice*)
GLombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (*pro hac vice*)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND MEDTRONIC USA,
INC.

1

## **<u>ATTESTATION</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Diana H. Leiden, counsel of record for Defendants.

*/s/ Matthew D. Powers*
Matthew D. Powers
