Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:    (650) 802-6001

Azra Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
1676 International Dr., Suite 910
McLean, VA 22102
Telephone:   (703) 940-5031
Facsimile:    (650) 802-6001

*Attorneys for Plaintiff* AXONICS, INC.

Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (pro hac vice)
GLombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (pro hac vice)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND
MEDTRONIC USA, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| AXONICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC.; MEDTRONIC USA, INC.,<br><br>    Defendants. | Case No. 8:22-cv-309-DOC-JDE<br><br>**SEVENTH JOINT STATUS REPORT** |

     Pursuant to the July 7, 2022, Order Staying Proceedings Sua Sponte (Dkt. No. 65), Plaintiff Axonics, Inc. ("Axonics") and Defendants Medtronic, Inc. and Medtronic USA, Inc. ("Medtronic"), by and through their undersigned counsel, hereby jointly submit this Joint Status Report.

     On July 7, 2022, this Court stayed this action sua sponte based on the co-pending patent litigation *Medtronic, Inc. v. Axonics Modulation Technology, Inc.*, Case No. 8:19-cv-02115-DOC-JDE (C.D. Cal.) (the "2115 Case"). *See* Dkt. No. 65. At that time, the Court ordered the parties to "file a status report every 90 days from the issuance of this Order and within 14 days of the final adjudication of the pending patent action." *Id.*

     On October 5, 2022, January 3, 2023, April 3, 2023, July 3, 2023, November 2, 2023, and January 2, 2024 the parties filed the first, second, third, fourth, fifth, and sixth Joint Status Reports, respectively, in accordance with the Order.

     In the 2115 Case, fact discovery closed October 10, 2022, and all discovery closed January 11, 2023. On July 17, 2023, the Court issued the Order Vacating July 18, 2023 Hearing And Granting Defendant's *Ex Parte* Application To Stay The Case in the 2115 Case. *See* 2115 Case, Dkt. No. 314 ("July 17 Order"). In accordance with the July 17 Order, the 2115 Case is presently stayed pending resolution of the *Inter Partes* Reviews of certain asserted patents. The Court ordered the parties to "file a joint status report within ten (10) days of the PTAB issuing its decision on the remanded Inter Partes Reviews." *Id.* On September 7, 2023, the Court issued the Order Denying Motions Without Prejudice in the 2115 Case, denying without prejudice the parties' pending motions for summary judgment and *Daubert* motions with permission for the parties to renew their Motions at a later time, and found that IPR proceedings following the remand "on the 758 and 148 Patents support[] extending the stay." 2115 Case, Dkt. No. 319.

     The 2115 Case is presently stayed. Remand IPR proceedings remain pending on two additional asserted patents—the 148 and 758 Patents—with target dates of May 31, 2024. On March 21, 2024, the PTAB issued new Final Written Decisions on the

remanded *Inter Partes* Reviews for two of the asserted patents—the '756 Patent and '314 Patent—and confirmed the patentability of certain asserted claims for both patents while confirming the unpatentability of certain other claims. Medtronic therefore intends to move to lift the stay in the 2115 Case and request that the Court issue a new scheduling order, including a trial date. Axonics will oppose Medtronic's motion.

Dated: March 29, 2024                    Respectfully submitted,

 /s/ Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com

Azra Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar No. 296411)
TENSEGRITY LAW GROUP, LLP
1676 International Dr., Suite 910
McLean, VA 22102
Telephone:  (703) 940-5031
Facsimile:   (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com

*Attorneys for Plaintiff* AXONICS, INC.


 /s/ Diana H. Leiden
Nimalka Wickramasekera (SBN: 268518)
NWickramasekera@winston.com
Diana Hughes Leiden (SBN: 267606)
DHLeiden@winston.com
Brandon W. Annette (SBN: 339385)
BAnnette@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Telephone: (213) 615-1700
Facsimile: (213) 615-1750

George C. Lombardi (*pro hac vice*)
GLombard@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Andrew E. Tauber (*pro hac vice*)
ATauber@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5288
Facsimile: (202) 282-5100

*Attorneys for Defendants*
MEDTRONIC, INC. AND MEDTRONIC USA, INC.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Diana H. Leiden, counsel of record for Defendants.

*/s/ Matthew D. Powers*
Matthew D. Powers