| | |
|---|---|
| Matthew D. Powers (Bar No. 104795)<br>matthew.powers@tensegritylawgroup.com<br>William P. Nelson (Bar No. 196091)<br>william.nelson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065<br>Telephone:  (650) 802-6000<br>Facsimile:   (650) 802-6001<br><br>Azra Hadzimehmedovic (Bar No. 239088)<br>azra@tensegritylawgroup.com<br>Aaron M. Nathan (Bar No. 251316)<br>aaron.nathan@tensegritylawgroup.com<br>Samantha A. Jameson (Bar No. 296411)<br>samantha.jameson@tensegritylawgroup.com<br>TENSEGRITY LAW GROUP, LLP<br>1676 International Dr., Suite 910<br>McLean, VA 22102<br>Telephone:  (703) 940-5031<br>Facsimile:   (650) 802-6001<br><br>*Attorneys for Plaintiff* AXONICS, INC. | Nimalka Wickramasekera (SBN: 268518)<br>NWickramasekera@winston.com<br>Diana Hughes Leiden (SBN: 267606)<br>DHLeiden@winston.com<br>Brandon W. Annette (SBN: 339385)<br>BAnnette@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750<br><br>George C. Lombardi (pro hac vice)<br>GLombard@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>*Attorneys for Defendants*<br>MEDTRONIC, INC. AND<br>MEDTRONIC USA, INC. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AXONICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC.; MEDTRONIC USA, INC.,<br><br>    Defendants. | Case No. 8:22-cv-309-DOC-JDE<br><br>**STIPULATION OF DISMISSAL** |

1  WHEREAS on February 25, 2022, Plaintiff Axonics, Inc. ("Axonics") filed a complaint against Defendants Medtronic, Inc. and Medtronic USA, Inc. (collectively, "Medtronic"), alleging antitrust, Lanham Act, and California Business and Professional Code violations.

IT IS HEREBY STIPULATED by Axonics and Medtronic, subject to the approval of the Court:

1. All claims asserted by Axonics against Medtronic in the complaint are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Each of Axonics and Medtronic shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Stipulation and Order of Dismissal.

Dated: February 10, 2025            Respectfully submitted,

/s/ Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
William P. Nelson (Bar No. 196091)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com

Azra Hadzimehmedovic (Bar No. 239088)
Aaron M. Nathan (Bar No. 251316)
Samantha A. Jameson (Bar No. 296411)
TENSEGRITY LAW GROUP, LLP
1676 International Dr., Suite 910
McLean, VA 22102
Telephone:  (703) 940-5031
Facsimile:   (650) 802-6001
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com

*Attorneys for Plaintiff* AXONICS, INC.

|     |     |
| --- | --- |
| 1   |     |
| 2   | */s/ Nimalka Wickramasekera* |
| 3   | Nimalka Wickramasekera (SBN: 268518)<br>NWickramasekera@winston.com |
| 4   | Diana Hughes Leiden (SBN: 267606)<br>DHLeiden@winston.com |
| 5   | Brandon W. Annette (SBN: 339385)<br>BAnnette@winston.com |
| 6   | WINSTON & STRAWN LLP<br>333 S. Grand Avenue |
| 7   | Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |
| 8   | Facsimile: (213) 615-1750 |
| 9   | George C. Lombardi (*pro hac vice*)<br>GLombard@winston.com |
| 10  | WINSTON & STRAWN LLP<br>35 W. Wacker Drive |
| 11  | Chicago, IL 60601-9703<br>Telephone: (312) 558-5600 |
| 12  | Facsimile: (312) 558-5700 |
| 13  |     |
| 14  | *Attorneys for Defendants*<br>MEDTRONIC, INC. AND MEDTRONIC USA, INC. |

STIPULATION OF DISMISSAL            2            Case No. 8:22-cv-309-DOC-JDE