1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| AXONICS, INC., | Case No. 8:22-cv-309-DOC-JDE |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MEDTRONIC, INC.; MEDTRONIC USA, INC., | |
| Defendants. | |

1 | The Court, having considered the parties' Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses the above-entitled action with prejudice. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by the Stipulation and this Order. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: February 11, 2025

*David O. Carter*
Hon. David O. Carter
United States District Judge